IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
DENNIS JOE LYON,               )
                               )
        Petitioner,            )
                               )       1:18CV967
    v.                         )       1:15CR416-3
                               )
UNITED STATES OF AMERICA,      )
                               )
        Respondent.            )
```

**ORDER**

This matter is before this court for review of the Recommendation filed on June 15, 2020, by the Magistrate Judge in accordance with 28 U.S.C. § 636(b). (Doc. 225.) In the Recommendation, the Magistrate Judge recommends that Petitioner's motion to supplement, (Doc. 210), be granted and that Petitioner's motion for release from custody, (Doc. 214), motion for the appointment of counsel, (Doc. 217), and motion in anticipatory resistance, (Doc. 218), be denied. The Magistrate Judge also recommends that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence, (Doc. 207), as supplemented, be denied and that this action be dismissed. The Recommendation was served on the parties to this action on June 15, 2020. (Doc. 227.) Petitioner filed objections, (Docs. 229, 230), to the Recommendation.

This court is required to "make a de novo determination of those portions of the [Magistrate Judge's] report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). This court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the [M]agistrate [J]udge. . . . [O]r recommit the matter to the [M]agistrate [J]udge with instructions." Id.

This court has appropriately reviewed the portions of the Recommendation and has made a de novo determination which is in accord with the Magistrate Judge's Recommendation. This court therefore adopts the Recommendation.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 225), is **ADOPTED. IT IS FURTHER ORDERED** that Petitioner's motion to supplement, (Doc. 210), is **GRANTED** and that Petitioner's motion for release from custody, (Doc. 214), motion for the appointment of counsel, (Doc. 217), and motion in anticipatory resistance, (Doc. 218), are **DENIED**.

**IT IS FURTHER ORDERED** that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence, (Doc. 207), as supplemented, is **DENIED** and that this action is dismissed.

A Judgment dismissing this action will be entered contemporaneously with this Order. Finding no substantial issue for appeal concerning the denial of a constitutional right

-2-

Case 1:15-cr-00416-WO   Document 231   Filed 09/08/20   Page 2 of 3

This court is required to "make a de novo determination of those portions of the [Magistrate Judge's] report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). This court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the [M]agistrate [J]udge. . . . [O]r recommit the matter to the [M]agistrate [J]udge with instructions." Id.

This court has appropriately reviewed the portions of the Recommendation and has made a de novo determination which is in accord with the Magistrate Judge's Recommendation. This court therefore adopts the Recommendation.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 225), is **ADOPTED. IT IS FURTHER ORDERED** that Petitioner's motion to supplement, (Doc. 210), is **GRANTED** and that Petitioner's motion for release from custody, (Doc. 214), motion for the appointment of counsel, (Doc. 217), and motion in anticipatory resistance, (Doc. 218), are **DENIED**.

**IT IS FURTHER ORDERED** that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence, (Doc. 207), as supplemented, is **DENIED** and that this action is dismissed.

A Judgment dismissing this action will be entered contemporaneously with this Order. Finding no substantial issue for appeal concerning the denial of a constitutional right

affecting the conviction, nor a debatable procedural ruling, a certificate of appealability is not issued.

This the 8th day of September, 2020.

/s/ William L. Osteen, Jr.
United States District Judge